No. 777. FIRST NATIONAL BANK IN PLANT CITY *v.* DICKINSON, COMPTROLLER OF FLORIDA, ET AL.; and

No. 932. CAMP, COMPTROLLER OF THE CURRENCY *v.* DICKINSON, COMPTROLLER OF FLORIDA, ET AL. C. A. 5th Cir. [Certiorari granted, 393 U. S. 1079.] Motion to enlarge time for oral argument granted and a total of one hour and 40 minutes allotted for oral argument. MR. JUSTICE FORTAS took no part in the consideration or decision of this motion. *Solicitor General Griswold* for Camp and *Robert S. Edwards* for First National Bank in Plant City on the motion.

No. 1718, Misc. RILEY *v.* RHAY, PENITENTIARY SUPER-INTENDENT, ET AL.;

No. 1720, Misc. SPANIEL *v.* NELSON, WARDEN, ET AL.;

No. 1725, Misc. JONES *v.* RUSSELL, WARDEN;

No. 1746, Misc. AKERS *v.* CASSIN, JUDGE; and

No. 1771, Misc. WHITE *v.* FIELD, MEN'S COLONY SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1146. GOLDSTEIN, AKA PIETRARU, ET AL. *v.* COX ET AL. Appeal from D. C. S. D. N. Y. Motion of Wolf Popper Ross Wolf & Jones for leave to file a brief as *amicus curiae* granted. Probable jurisdiction noted. *John R. Vintilla, Emanuel Eschwege,* and *Novak N. Marku* for appellants. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Daniel M. Cohen,* Assistant Attorney General, for appellees. *Martin Popper* on the motion.

No. 1124. UNITED STATES *v.* W. M. WEBB, INC., ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General*

*Griswold, Assistant Attorney General Walters, Harris Weinstein, Louis M. Kauder,* and *Robert I. Waxman* for the United States. *Joseph J. Lyman* for respondents.

No. 1144. BREEN *v.* SELECTIVE SERVICE LOCAL BOARD No. 16, BRIDGEPORT, CONNECTICUT, ET AL. C. A. 2d Cir. Certiorari granted. *Emanuel Margolis, Lawrence P. Weisman,* and *Melvin L. Wulf* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Morton Hollander,* and *Ralph A. Fine* for respondents.

No. 1176. GUTKNECHT *v.* UNITED STATES. C. A. 8th Cir. Certiorari granted and case set for oral argument immediately following No. 1144, *supra. Melvin L. Wulf* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1127. TECHNITROL, INC. *v.* McMANUS, U. S. DISTRICT JUDGE. C. A. 8th Cir. Certiorari denied. *Laurence B. Dodds* for petitioner. *Morris Relson* for Collins Radio Co., defendant below, in opposition.

No. 1134. WILLIAMS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Phillip L. Charles* for petitioners. *Solicitor General Griswold* and *Assistant Attorney General Walters* for respondent.

No. 1153. CIAFFONI ET AL. *v.* BRUNSWICK CORP. ET AL. Sup. Ct. Pa. Certiorari denied. *Milton D. Rosenberg* for petitioners. *John G. Buchanan, Jr.,* for respondents.